UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                        CASE NO. 06 B 08090
   ALICIA M RALSTON
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-4963
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 07/09/06 and confirmed on 11/08/06.

2. The case was dismissed after confirmation, 03/14/2008.

3. The Debtor paid a total of $ 13122.71 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| MORTGAGE CLEARING CORP | CURRENT MORTG | .00 | .00 | .00 |
| MORTGAGE CLEARING CORP | MORTGAGE ARRE | 7936.07 | .00 | 7936.07 |
| MORTGAGE CLEARING CORP | SECURED | .00 | .00 | .00 |
| MORTGAGE CLEARING CORP | MORTGAGE ARRE | 119.10 | .00 | 119.10 |
| ASPIRE VISA | UNSECURED | 369.68 | .00 | 127.82 |
| CAPITAL ONE BANK | UNSECURED | 717.09 | .00 | 247.95 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| SMC | UNSECURED | 1201.66 | .00 | 415.50 |
| ILLINOIS DEPT OF EMPLOYM | UNSECURED | 3356.17 | .00 | 1160.48 |
| NATIONAL RECOVERIES INC | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 267.11 | .00 | 92.36 |
| NATIONWIDE ACCEPTANCE | UNSECURED | 926.15 | .00 | 320.24 |
| THE SWISS COLONY | UNSECURED | 225.13 | .00 | 77.85 |
| NICOR GAS | UNSECURED | 815.00 | .00 | 281.81 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 8055.17 | .00 | 7877.99 | .00 | 15933.16 |
| PRINCIPAL PAID | 8055.17 | .00 | 2724.01 | .00 | 10779.18 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 8055.17 | .00 | 2724.01 | .00 | 10779.18 |

The Debtor's attorney, STEVEN A LEAHY                       , was allowed $   3870.00 and was paid $    805.80   direct and $   1806.19   through the plan.

The Trustee received $    537.34 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability

in this case.

Dated: 06/23/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE